IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | |
|---|---|
| HOWARD WOMACK, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | |
| § | |
| HOME DEPOT U.S.A., INC., § | |
| RANDALL-PAULSON ARCHITECTS, INC., § | CIVIL ACTION NO._____ |
| ABRAMS CONSTRUCTION, INC., § | |
| CALEAST HD LIMITED, L.P., § | |
| CALEAST HD, L.L.C., § | |
| FOUNDATION CONTRACTORS, INC., § | |
| EQUIPMENT DEPOT, INC., § | |
| TRAMMELL CROW COMPANY § | |
| TRAMMELL CROW DEVELOPMENT AND § | |
| CONSTRUCTION SERVICES GROUP, § | |
| TC HD DEVELOPMENT, L.L.C., § | |
| TRAMMELL CROW DALLAS INDUSTRIAL § | |
| DEVELOPMENT, INC., § | |
| TRAMMELL CROW DEVELOPMENT § | |
| COMPANY, INC. § | |
| TRAMMELL CROW CONSTRUCTION § | |
| COMPANY, and § | |
| TRAMMELL CROW DFW DEVELOPMENT, § | |
| INC., § | |
| § | |
| Defendants. § | |

## NOTICE OF REMOVAL

Defendant Home Depot U.S.A., Inc. ("Home Depot"), for the purpose only of removing this cause to the United States District Court for the Northern District of Texas, Dallas Division, states:

1. **State Court Action.** This lawsuit to recover personal injury damages against Home Depot and other Defendants was filed by Plaintiff on December 20, 2006, in the County Court of Law No. 3 of Dallas County, Texas, in an action entitled *Howard Womack vs. Home Depot USA, Inc., Randall-Paulson Architects, Inc., Abrams Construction, Inc., Caleast HD*

*Limited, LP, Caleast HD, LLC, Foundation Contractors, Inc., Equipment Depot, Inc., Trammell Crow Company, Trammell Crow Development and Construction Services Group, TC HD Development, LLC a/k/a Trammell Crow Home Depot Development, LLC, Trammell Crow Dallas Industrial Development, Inc., Trammell Crow Development Company, Inc., Trammell Crow Construction Company and Trammell Crow DFW Development, Inc.*, Cause No. 06-18354-C (hereinafter referred to as the "State Court Action").

2. **Notice Timely Filed.** The State Court Action was filed on December 20, 2006. Home Depot first obtained written documentation showing that there was complete diversity of citizenship amongst the parties on May 1, 2007. Based on the allegations and claims contained in Plaintiff's Complaint, the amount in controversy exceeds $75,000. This Notice of Removal, therefore, is timely filed within thirty (30) days of Home Depot's first notice that this Court has jurisdiction over the subject matter of this case under 28 U.S.C. § 1446(b).

3. **Diversity Jurisdiction—Diversity of Citizenship.**

a. Plaintiff at all times relevant to this lawsuit has been a resident of Dallas County, Texas, and is a citizen of the State of Texas.

b. Both now and at the time this action was commenced, Home Depot has been a corporation incorporated under the laws of the State of Delaware with its principal office and place of business located in Atlanta, Georgia. Home Depot, therefore, is a citizen of the States of Delaware and Georgia.

c. Both now and at the time this action was commenced, Randall-Paulson Architects, Inc., has been a corporation incorporated under the laws of the State of Georgia with its principal office and place of business located in Georgia. Randall-Paulson Architects, Inc., therefore, is a citizen of the State of Georgia.

d. Both now and at the time this action was commenced, Abrams Construction, Inc., has been a corporation incorporated under the laws of the State of Georgia with its principal office and place of business located in Georgia. Abrams Construction, Inc., therefore, is a citizen of the State of Georgia.

e. Both now and at the time this action was commenced, CalEast HD Limited, LP, has been a limited partnership under the laws of the State of Delaware with its principal office and place of business located in Illinois. CalEast HD Limited, LP, therefore, is a citizen of the States of Delaware and Illinois.

f. Both now and at the time this action was commenced, CalEast HD, LLC, has been a limited liability corporation incorporated under the laws of the State of Delaware with its principal office and place of business located in Illinois. CalEast HD, LLC., therefore, is a citizen of the States of Delaware and Illinois.

g. Both now and at the time this action was commenced, Foundation Contractors, Inc., has been a corporation incorporated under the laws of the State of Delaware with its principal office and place of business located in Georgia. Foundation Contractors, Inc., therefore ,is a citizen of the States of Delaware and Georgia.

h. Both now and at the time this action was commenced, TC HD Development, LLC, has been a corporation incorporated under the laws of the State of Delaware with its principal office and place of business located in Georgia. TC HD Development, LLC, therefore, is a citizen of the States of Delaware and Georgia.

i. Equipment Depot, Inc., based on information and belief, is a Texas corporation. However, Plaintiff fraudulently joined Equipment Depot to defeat diversity jurisdiction. It is alleged that Equipment Depot was the entity responsible for maintaining forklifts at the facility in question at the time of plaintiff's accident. However, Equipment Depot is not a proper party

to this lawsuit as it was not responsible for forklift maintenance at the time of plaintiff's accident. Kelly Kunka, a representative of Equipment Depot, Inc. has provided a declaration that Equipment Depot, Inc. was not providing service or maintenance to forklifts at the facility at the time of plaintiff's accident and did not first begin to provide forklift maintenance at the facility until August of 2005. [See Declaration of Kelly Kunka, attached hereto as Exhibit "B."]

   j. Trammell Crow Company is a Delaware corporation with its principal place of business in Texas. However, Plaintiff fraudulently joined Trammell Crow Company to defeat diversity jurisdiction, alleging Trammell Crow Company was the developer of the facility in question. However, Trammell Crow Company was not the developer of the facility and had no contractual or other agreement with Home Depot relating to the facility in question. [See Declaration of Patrick Henry, attached hereto as Exhibit "C."] As Trammell Crow Company was not the developer of the facility in question and had no contractual relationship with Home Depot pertaining to the facility, it is not a proper party to this lawsuit.

   k. Trammell Crow Development and Construction Services Group is Texas entity. However, Plaintiff fraudulently joined Trammell Crow Development and Construction Services Group to defeat diversity jurisdiction, alleging Trammell Crow Development and Construction Services Group was the developer of the facility in question. However, Trammell Crow Development and Construction Services Group was not the developer of the facility and had no contractual or other agreement with Home Depot relating to the facility in question. [See Declaration of Patrick Henry, attached hereto as Exhibit "C."] As Trammell Crow Development and Construction Services Group was not the developer of the facility in question and had no contractual relationship with Home Depot pertaining to the facility, it is not a proper party to this lawsuit.

l. Trammell Crow Dallas Industrial Development, Inc. is a Delaware corporation with its principal place of business in Texas. However, Plaintiff fraudulently joined Trammell Crow Dallas Industrial Development, Inc. to defeat diversity jurisdiction, alleging Trammell Crow Dallas Industrial Development, Inc. was the developer of the facility in question. However, Trammell Crow Dallas Industrial Development, Inc. was not the developer of the facility and had no contractual or other agreement with Home Depot relating to the facility in question. [See Declaration of Patrick Henry, attached hereto as Exhibit "C."] As Trammell Crow Dallas Industrial Development, Inc. was not the developer of the facility in question and had no contractual relationship with Home Depot pertaining to the facility, it is not a proper party to this lawsuit.

m. Trammell Crow Development Company, Inc. is a Texas corporation. However, Plaintiff fraudulently joined Trammell Crow Development Company, Inc. to defeat diversity jurisdiction, alleging Trammell Crow Development Company, Inc. was the developer of the facility in question. However, Trammell Crow Development Company, Inc. was not the developer of the facility and had no contractual or other agreement with Home Depot relating to the facility in question. [See Declaration of Patrick Henry, attached hereto as Exhibit "C."] As Trammell Crow Development Company, Inc. was not the developer of the facility in question and had no contractual relationship with Home Depot pertaining to the facility, it is not a proper party to this lawsuit.

n. Trammell Crow Construction Company is a Texas corporation. However, Plaintiff fraudulently joined Trammell Crow Construction Company to defeat diversity jurisdiction, alleging Trammell Crow Construction Company was the developer of the facility in question. However, Trammell Crow Construction Company was not the developer of the facility and had no contractual or other agreement with Home Depot relating to the facility in question.

[See Declaration of Patrick Henry, attached hereto as Exhibit "C."] As Trammell Crow Construction Company was not the developer of the facility in question and had no contractual relationship with Home Depot pertaining to the facility, it is not a proper party to this lawsuit.

o.   Trammell Crow DFW Development, Inc. is a Delaware corporation with its principal place of business in Texas. However, Plaintiff fraudulently joined Trammell Crow DFW Development, Inc. to defeat diversity jurisdiction, alleging Trammell Crow DFW Development, Inc. was the developer of the facility in question. However, Trammell Crow DFW Development, Inc. was not the developer of the facility and had no contractual or other agreement with Home Depot relating to the facility in question. [See Declaration of Patrick Henry, attached hereto as Exhibit "C."] As Trammell Crow DFW Development, Inc. was not the developer of the facility in question and had no contractual relationship with Home Depot pertaining to the facility, it is not a proper party to this lawsuit.

4.   **Diversity Jurisdiction—Amount in Controversy.**  The amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

5.   This Court has original jurisdiction over this action under 28 U.S.C. § 1332. Venue is proper in this Court under 28 U.S.C. § 1441(a). This civil action is one that may be removed by Home Depot pursuant to 28 U.S.C. § 1446 since the Court has original jurisdiction over Plaintiffs' claims.

6.   **State Court Documents Attached.**  Attached hereto as Exhibit "D" are the documents from the state court action as required by 28 U.S.C. § 1446.

7.   **Consent to Removal.**  Randall-Paulson Architects, Inc., Abrams Construction, Inc., Caleast HD Limited, LP, Caleast HD, LLC, Foundation Contractors, Inc., TC HD Development, LLC, the only other proper Defendants served in this cause of action, have each consented to removal. A copy of the consents to removal are attached hereto as Exhibit "E."

8. **Jury Trial.** Home Depot demands a trial by jury.

9. **Notice to State Court.** On this date, a copy of this notice of removal was filed with the clerk of the state court where this cause has been pending. Home Depot has also given adverse parties written notices of this notice of removal as required by 28 U.S.C. § 1446(d).

10. **Relief Requested.** Home Depot respectfully requests that the United States District Court for the Northern District of Texas, Dallas Division, accept this notice of removal and that it assume jurisdiction of this cause and issue all such further orders and process as may be necessary to bring before it all parties necessary for the trial hereof.

Respectfully submitted,

By: /s/ Arthur K. Smith, by pkms
Arthur K. Smith
Attorney-in-Charge
Texas State Bar No. 18534100

LAW OFFICES OF ARTHUR K. SMITH,
a Professional Corporation
507 Prestige Circle
Allen, Texas 75002
Telephone: (469) 519-2500
Facsimile: (469) 519-2555

ATTORNEYS FOR DEFENDANT
HOME DEPOT U.S.A., INC.

## CERTIFICATE OF SERVICE

On the 31st day of May, 2007, a true and correct copy of the above and foregoing pleading was forwarded to all counsel via certified mail, return receipt requested:

Eric H. Marye
Law Offices of Eric H. Marye & Associates, P.C.
5910 N. Central Expwy., Suite 750
Dallas, TX 75206
*Counsel for Plaintiff*

Richard A. Capshaw
Deke D. Owen
Capshaw & Associates
3031 Allen St., Suite 200
Dallas, TX 75204
*Counsel for Defendant Randall-Paulson Architects*

Hamp Moody, III
Matthew J. Kita
Quilling Selander Cummiskey & Lownds
2001 Bryan St., Suite 1800
Dallas, TX 75201
*Counsel for Defendant Foundation Contractors, Inc.*

B. Lance Vincent
Ritcheson, Lauffer, Vincent & Dukes, P.C.
3301 Golden Rd., Suite 400
Tyler, TX 75701
*Counsel for Defendant Equipment Depot, Inc.*

Paul W. Bennett
Fletcher & Springer, L.L.P.
8750 N Central Expwy., Suite 160
Dallas, TX, 75231
*Counsel for Defendants Trammell Crow Company, et al.*

Samuel J. Polak
State Bar No. 00788210
Payne & Blanchard, L.L.P.
Plaza of the Americas
700 N. Pearl St., Suite 500, LB 393
Dallas, TX 75201-7471
*Counsel for Defendant Abrams Construction, Inc.*

_____
Arthur K. Smith

158905.316\Fed-NotRemoval.doc



United States District Court
Northern District of Texas
Dallas Division

3-07CV0967-N

ORIGINAL

Supplemental Civil Cover Sheet For Cases Removed
From State Court

This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case Number |
   |---|---|
   | County Court at Law No. 3, Dallas County | 06-18354-C |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code.)

   | Party and Party Type | Attorney(s) |
   |---|---|
   | Howard Womack<br>*Plaintiff* | Eric H. Marye<br>State Bar No. 24004798<br>Law Offices of Eric H. Marye<br>& Associates, P.C.<br>5910 N. Central Expwy., Suite 750<br>Dallas, TX 75206<br>Telephone: (214) 987-8240<br>Facsimile: (214) 987-8241 |

| | |
|---|---|
| Home Depot U.S.A., Inc.<br>*Defendant* | Arthur K. Smith<br>State Bar No. 18534100<br>LAW OFFICES OF ARTHUR K. SMITH,<br>a Professional Corporation<br>507 Prestige Circle<br>Allen, TX  75002<br>Telephone:  (469) 519-2500<br>Facsimile:   (469) 519-2555 |
| Randall-Paulson Architects, Inc.<br>*Defendant* | Richard A. Capshaw<br>State Bar No. 18534100<br>Capshaw & Associates<br>3031 Allen St., Suite 200<br>Dallas, TX  75204<br>Telephone:  (214) 761-6610<br>Facsimile:   (214) 761-6611 |
| Abrams Construction, Inc.<br>*Defendant* | Samuel J. Polak<br>State Bar No. 00788210<br>Payne & Blanchard, L.L.P.<br>Plaza of the Americas<br>700 N. Pearl St., Suite 500, LB 393<br>Dallas, TX  75201-7471<br>Telephone:  (214) 953-1313<br>Facsimile:   (214) 220-0439 |
| Foundation Contractors, Inc.<br>*Defendant* | Matthew J. Kita<br>State Bar No.  24050883<br>James H. Moody, III<br>State Bar No. 03820050<br>Quilling Selander Cummiskey & Lownds<br>2001 Bryan St., Suite 1800<br>Dallas, TX  75201<br>Telephone:  (214) 871-2100<br>Facsimile:   (214) 871-2111 |
| Caleast HD Limited, LP<br>*Defendant* | Arthur K. Smith<br>State Bar No. 18534100<br>LAW OFFICES OF ARTHUR K. SMITH,<br>a Professional Corporation<br>507 Prestige Circle<br>Allen, TX  75002<br>Telephone:  (469) 519-2500<br>Facsimile:   (469) 519-2555 |

| | |
|---|---|
| Caleast HD, LLC<br>*Defendant* | Arthur K. Smith<br>State Bar No. 18534100<br>LAW OFFICES OF ARTHUR K. SMITH,<br>a Professional Corporation<br>507 Prestige Circle<br>Allen, TX  75002<br>Telephone:  (469) 519-2500<br>Facsimile:   (469) 519-2555 |
| TCHD Development, LLC<br>*Defendant* | Paul W. Bennett<br>State Bar No.  00787071<br>Fletcher & Springer, L.L.P.<br>8750 N Central Expwy., Suite 1600<br>Dallas, TX, 75231<br>Telephone:  (214) 987-9600<br>Facsimile:   (214) 987-9866 |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?          __X__ Yes     _____ No

   If "*Yes*," by which party and on what date?

   _____Plaintiff_____         __December 20, 2006__
   Party                                                         Date

4. **Answer:**

   Was an Answer made in State Court?          __X__ Yes     _____ No

   If "*Yes*," by which party and on what date?

   | **Party** | **Date** |
   |---|---|
   | Home Depot U.S.A., Inc | 2-6-07 |
   | Randall-Paulson Architects, Inc. | 1-16-07 |
   | Abrams Construction, Inc. | 1-9-07 |
   | Foundation Contractors, Inc. | 1-22-07 |
   | Caleast HD Limited, LP | 3-12-07 |

        Caleast HD, LLC        3-12-07

        TCHD Development, LLC        1-19-07

5. **Unserved Parties:**

The following parties have not been served at the time this case was removed:

| **Party** | **Reason(s) for No Service** |
|---|---|
| None. | |

6. **Nonsuited, Dismissed or Terminated Parties:**

Please indicate any changes from the style on the State Court papers and the reason for that change:

| **Party** | **Reason** |
|---|---|
| None. | |

7. **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| **Party** | **Claim(s)** |
|---|---|
| Plaintiff | Personal Injury<br>Negligence Under Premises Liability Theory |
| Defendants | Deny All Claims |

**&JS 44** (Rev. 10/06)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

RECEIVED MAY 31 2007 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

ORIGINAL

3-07CV0967-N

## I. (a) PLAINTIFFS
Howard Womack

## DEFENDANTS
Home Depot U.S.A., Inc., et al.

**(b)** County of Residence of First Listed Plaintiff: **Dallas**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Cobb County, Georgia**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Eric H. Marye, Attorney at Law, 5910 N. Central Expy., Suite 750, Dallas, TX 75206 (214) 987-8240

Attorneys (If Known)
Arthur K. Smith, Law Offices of Arthur K. Smith, 507 Prestige Circle, Allen, TX 75002 (469) 519-2500

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause: Personal Injury

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ $1,000,000+
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) PENDING OR CLOSED
(See instructions):
JUDGE: Fitzwater
DOCKET NUMBER: 3:06-CV-285D

DATE: 5-31-07
SIGNATURE OF ATTORNEY OF RECORD: Arthur K Smith, w/pm

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____